DOMINICA C. ANDERSON (SBN: 2988)
TYSON E. HAFEN (SBN: 13139)
**DUANE MORRIS LLP**
100 N. City Parkway, Suite 1560
Las Vegas, NV 89106-4617
Telephone: 702.868.2600
Facsimile:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
             tehafen@duanemorris.com

Attorneys for Defendant
*Liberty Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| WILSHANDA GARNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE CO., a Massachusetts company, and JOHN DOE d/b/a Your Grant Advisor,<br><br>Defendants. | Civil Action No.:  2:20-cv-00836-GMN-VCF<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT LIBERTY MUTUAL INSURANCE COMPANY TO FILE RESPONSE TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Liberty Mutual Insurance Company ("Liberty"), has requested an extension of time within which to answer, move or otherwise respond to the complaint in this matter and plaintiff has no opposition.  Accordingly, pursuant to LR IA 6-1 and 6-2, IT IS HEREBY STIPULATED by and among counsel, that Liberty's time to answer, move or otherwise respond to the complaint in this action is extended 30-days from June 1, 2020, through and including July 2, 2020.

The request was made by Liberty because it did not know the complaint had been served until June 4, 2020 when plaintiff's counsel provided a copy of, and then filed, an affidavit of service of the complaint.  Counsel for Liberty's prior emails sent to plaintiff's counsel on May 15 and June 2 apparently had gone to plaintiff's counsel's junk mail folder.

1 | This stipulation is filed in good faith and not intended to cause delay.

| LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ. | DUANE MORRIS LLP |
|---|---|
| By: /s/ *Craig B. Friedberg* <br> Craig B. Friedberg (SBN 4606) <br> Attorneys for *Plaintiff* | By: /s/ *Tyson E. Hafen* <br> Dominica C. Anderson (SBN 2988) <br> Tyson E. Hafen (SBN 13139) <br> Attorneys for Defendants *Liberty Mutual Insurance Company* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 6-9-2020