CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
Law Offices of Craig B. Friedberg, Esq.
4760 South Pecos Rd., Ste 103
Las Vegas, Nevada 89121
P: (702) 435-7968
attcbf@cox.net
*Attorney for Plaintiff and all others similarly situated*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| WILSHANDA GARNER, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE CO., a Massachusetts company, and JOHN DOE d/b/a Your Grant Advisor,<br><br>*Defendants.* | Case No. 2:20-cv-00836-GMN-VCF<br><br>**STIPULATION OF DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Wilshanda Garner and Defendant Liberty Mutual hereby stipulate to the withdrawal of all pending motions, and the dismissal of this action with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| Dated:  January 8, 2021.<br>DUANE MORRIS LLP<br><br>By: /s/ *Dominica C. Anderson*<br>　　Dominica C. Anderson (SBN 2988)<br>　　Tyson E. Hafen (SBN 13139)<br>　　Attorneys for Defendant *Liberty Mutual Insurance Company* | Respectfully Submitted,<br>LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.<br><br>/s/ *Craig B. Friedberg*<br>CRAIG B. FRIEDBERG, ESQ. (SBN 4606)<br>*Counsel for Plaintiff and all others similarly situated* |

**IT IS SO ORDERED.**

Dated this __7__ day of January, 2021.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT